Merrit M. Jones (California Bar No. 209033)
**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4070
Telephone:  (415) 675-3400
Facsimile:   (415) 675-3434
Email: merrit.jones@bclplaw.com

Herb Giorgio (*Pro Hac Vice* Application Forthcoming)
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square,
211 North Broadway, Suite 3600
St. Louis, MO  63102
Telephone: (314) 259-2417
Email: herb.giorgio@bclplaw.com

Attorneys for IMPLUS LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO DELAMORA., Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TUMBLEWEED F/K/A ROCKTAPE, INC. and IMPLUS FOOTCARE LLC, <br><br> Defendants. | Case No. 5:19-CV-03865-SVK <br><br> **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE** <br><br> Action filed: June 3, 2019 <br> Trial Date: Not Yet Assigned |

Please take notice that plaintiff Mario DeLamora ("Plaintiff"), defendant Tumbleweed, Inc. ("Tumbleweed") and defendant Implus LLC ("Implus") (Plaintiff, Tumbleweed and Implus collectively referred to as the "Parties") have reached a settlement in principle of this action on an individual basis, and therefore request that all pending Court deadlines either be vacated or continued sixty (60) days while the settlement agreement is finalized.

Bryan Cave Leighton Paisner LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4070
(415) 675-3400

Dated:  September 30, 2019

**BRYAN CAVE LEIGHTON PAISNER LLP**
Merrit M. Jones
Herb Giorgio

By:    _/s/ Merrit M. Jones
          Merrit M. Jones
          Attorneys for Defendant IMPLUS LLC

Dated:  September 30, 2019

**GASHPAR LLC**

By:    _/s/ Vitaly V. Gashpar
          Vitaly V. Gashpar
          Attorneys for Defendant TUMBLEWEED,
          INC.

Dated:  September 30, 2019

**THE SULTZER LAW GROUP P.C.**
Michael Liskow
Janine L. Pollack

By:    _/s/ Janine Pollack
          Michael Liskow
          Attorneys for Plaintiff MARIO
          DELAMORA

Pursuant to Northern District Local Rule 5.1(i)(3), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

BRYAN CAVE LEIGHTON PAISNER LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-4070
(415) 675-3400