Michael Liskow (243899)
liskowm@thesultzerlawgroup.com
Janine L. Pollack (*pro hac vice*)
Pollackj@thesultzerlawgroup.com
**THE SULTZER LAW GROUP P.C.**
270 Madison Avenue, Suite 1800
New York, New York 10016
Tel: (212) 969-7811
Fax: (888) 749-7747

C. Mario Jaramillo (195343)
cmj@access.law
**ACCESS LAWYERS GROUP**
527 South Lake Avenue, Suite 200
Pasadena, CA  91101
Tel: (877) 360-3383
Fax: (866) 686-5590

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO DELAMORA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUMBLEWEED F/K/A ROCKTAPE, INC. and IMPLUS FOOTCARE LLC,<br><br>Defendants. | Case No. 5:19-CV-03865-SVK<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Action filed: June 3, 2019<br>Trial Date: Not Yet Assigned |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED by and between Plaintiff Mario DeLaMora and Defendants Tumbleweed, Inc. f/k/a RockTape, Inc. and Implus Footcare LLC, by and through their counsel of record, that, pursuant to Rule 41(a)(1)(A)(ii), this action is dismissed with prejudice.  All parties shall bear their own attorneys' fees and waive all rights of appeal.

| | | |
|---|---|---|
| Dated: October 14, 2019 | | Respectfully submitted, |

*/s/ Michael Liskow*
Michael Liskow (243899)
liskowm@thesultzerlawgroup.com
Janine L. Pollack (*pro hac vice*)
Pollackj@thesultzerlawgroup.com
**THE SULTZER LAW GROUP P.C.**
270 Madison Avenue, Suite 1800
New York, New York 10016
Tel: (212) 969-7811
Fax: (888) 749-7747

C. Mario Jaramillo (195343)
cmj@access.law
**ACCESS LAWYERS GROUP**
527 South Lake Avenue, Suite 200
Pasadena, CA 91101
Tel: (877) 360-3383
Fax: (866) 686-5590

*Attorneys for Plaintiff*

Dated: October 14, 2019

**GASHPAR LLC**
Vitaly V. Gashpar

By:   /s/ Vitaly V. Gashpar
      Vitaly V. Gashpar
      Attorney for Defendant TUMBLEWEED, INC.

Dated: October 14, 2019

**BRYAN CAVE LEIGHTON PAISNER LLP**
Merrit M. Jones
Herb Giorgio

By:   /s/ Merrit M. Jones
      Merrit M. Jones
      Attorneys for Defendant IMPLUS FOOTCARE LLC

**ECF ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from each of the signatories above.

                                                */s/ Michael Liskow*
                                                Michael Liskow

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE